DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SCOTT HENRY SLOTA,**
Appellant/Cross-Appellee,

v.

**KETI BALLHYSA SLOTA,**
Appellee/Cross-Appellant.

No. 4D2025-1489

[August 6, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cheryl A. Caracuzzo, Judge; L.T. Case No. 502024DR008507XXXANB.

Scott Henry Slota, Palm Beach Gardens, pro se.

Troy William Klein of Law Office of Troy W. Klein, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and SHAW, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***